# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA M. M., | ) NO. ED CV 19-549-E |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) JUDGMENT |
| ANDREW SAUL, Commissioner of | ) |
| Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    IT IS HEREBY ADJUDGED that Defendant's motion for summary
judgment is granted and judgment is entered in favor of Defendant.


    DATED: December 10, 2019.


                              _____
                                   /s/
                              CHARLES F. EICK
                              UNITED STATES MAGISTRATE JUDGE